**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6902

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

SHAUN EUGENE REED,

                Defendant - Appellant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Gina M. Groh, Chief
District Judge.  (3:05-cr-00003-GMG-JES-1)

Submitted:  October 25, 2016        Decided:  November 4, 2016

Before KING, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shaun Eugene Reed, Appellant Pro Se.  Paul Thomas Camilletti,
Assistant United States Attorney, Martinsburg, West Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaun Eugene Reed appeals the district court's order dismissing his petition for a writ of error coram nobis and Fed. R. Civ. P. 60(d) motion to vacate judgment. We have reviewed the record and find no reversible error. As the district court correctly determined, the Federal Rules of Civil Procedure do not provide a vehicle by which Reed may challenge his criminal judgment. See United States v. O'Keefe, 169 F.3d 281, 289 (5th Cir. 1999); United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) (per curiam). Additionally, Reed did not satisfy the "four essential prerequisites" needed to obtain coram nobis relief. See Bereano v. United States, 706 F.3d 568, 576 (4th Cir. 2013). We therefore affirm the district court's order. United States v. Reed, No. 3:05-cr-00003-GMG-JES-1 (N.D. W. Va. June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2